# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Advanced Cleaning Technologies, Inc. | ) | ASBCA No. 62079 |
| | ) | |
| Under Contract No. CONUS 15-517 | ) | |

APPEARANCE FOR THE APPELLANT:  Hallie H. Gibbs II, Esq.
                Gibbs Pool and Turner, P.C.
                Jefferson City, MO

APPEARANCES FOR THE GOVERNMENT:  Raymond M. Saunders, Esq.
                Army Chief Trial Attorney
                MAJ Ronald M. Hermann, JA
                Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: August 20, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62079, Appeal of Advanced Cleaning Technologies, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals